JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AVON DABBS SR., | Case No. 5:22-cv-01292-MEMF-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OFFICER PRESTON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting in Part Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that all claims in the First Amended Complaint are dismissed without prejudice, but without further leave to amend, because they are Heck-barred.

DATED: January 22, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE